**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**RONELLA S. LALOG, INDIVIDUALLY**
**AND ON BEHALF OF ALL OTHER**
**PERSONS SIMILARLY SITUATED,**

          **Plaintiffs,**

**-vs-**                                  **Case No. 6:10-cv-1049-Orl-28GJK**

**HILTON RESORTS CORPORATION,**

          **Defendant.**

_____

# ORDER

This case is before the Court on the Joint Motion for Approval of Settlement and Dismissal with Prejudice (Doc. No. 19) filed January 25, 2011. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed April 4, 2011 (Doc. No. 22) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.    The Joint Motion for Approval of Settlement and Dismissal with Prejudice (Doc. No. 19) is **GRANTED** to the extent the Court finds the parties' settlement is a fair and reasonable resolution of a bona fide dispute under the Fair Labor Standards Act.

3. This case is dismissed with prejudice.

4. The Clerk is directed to close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this ___3rd___ day of May, 2011.

Copies furnished to:

United States Magistrate Judge
Counsel of Record

_____
JOHN ANTOON II
United States District Judge